# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>THE GREY IPHONE AND THE BLACK IPHONE CURRENTLY LOCATED AT 324 SOUTH RIVER ROAD, BEDFORD, NEW HAMPSHIRE | )<br>)<br>)  Case No. 1:24-mj- 280-01-AJ<br>)<br>)<br>) |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Please see attachment A.

located in the _____ District of ___New Hampshire___ , there is now concealed *(identify the person or describe the property to be seized)*:

Please see attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | - Distribution and Possession with Intent to Distribute a Controlled Substance |
| 21 U.S.C. § 846 | - Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance |

The application is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Casey T. MacDonlald
*Applicant's signature*

S.A. Casey T. MacDonald, DEA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
___telephone___ *(specify reliable electronic means)*

Andrea K. Johnstone
*Judge's signature*

Date: **Oct 25, 2024**

City and state: Concord, New Hampshire       Hon. Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*